NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

R.B.H.,                                          )
                                                 )
        Appellant,                        )
                                                 )
v.                                               )          Case No. 2D16-4934
                                                 )
STATE OF FLORIDA,                                )
                                                 )
        Appellee.                         )
_____          )

Opinion filed February 16, 2018.

Appeal from the Circuit Court for
Hillsborough County; Barbara Twine
Thomas, Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Dawn A. Tiffin,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, VILLANTI, and SALARIO, JJ., Concur.